IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LLAMAS GALINDEZ,

    Plaintiff,

  vs.                                CIV S-11-2702 LKK CKD PC

SOLANO PUBLIC GARDEN, et al.

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has not paid the fee ordinarily required to file an action in this court and has not filed an incomplete application to proceed without prepayment of fees. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

////

////

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: November 16, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
ifp.inc