IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD LLAMAS GALINDEZ,

      Plaintiff,                          No. 2: 11-cv-2702 LKK CKD P

      vs.

SOLANO PUBLIC GARDEN, et al.,

      Defendants.                   ORDER

_____/

      On May 25, 2012 plaintiff filed a letter in this court.  On July 26, 2012, plaintiff also filed a declaration.  This civil rights action was closed on April 12, 2012.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: August 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

7
gali2702.58